**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01112-CV

### DUAL COMMERCIAL, LLC D/B/A PGI COMMERCIAL LLC, Appellant

### V.

### CINCINNATI CASUALTY COMPANY, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-05795-E**

## ORDER

Before the Court is appellant's November 9, 2018 agreed motion for an extension of time to file a brief.  We **GRANT** the motion **to the extent** that appellant shall file a brief by **December 17, 2018**.

/s/    ADA BROWN
          JUSTICE